UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JOSEPH ANDERSON,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-cv-288-LY |
| | § | |
| **GILA LLC,** | § | |
| | § | |
| Defendant | § | |

**NOTICE OF SETTLEMENT**

**TO THE CLERK OF SAID COURT:**

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within sixty (60) days.

DATED this 4th day of March 2015.

Respectfully submitted,

  /s/ A. Lee Rigby
    A. Lee Rigby
    State Bar No. 24029796

**SMITH, ROBERTSON, ELLIOTT & DOUGLAS, L.L.P.**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone:  (512) 225-5800
Telecopier:  (512) 225-5838
Email: lrigby@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Sergei Lemberg, Esq.
Lemberg Law LLC
1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
slemberg@lemberglaw.com

              ___*/s/ A. Lee Rigby*_____