IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2015 APR 13 PM 2: 14

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

| | | |
|---|---|---|
| JOSEPH ANDERSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:14-CV-288-LY |
| | § | |
| GILA, LLC, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is the parties' Stipulation of Dismissal filed April 9, 2015 (Clerk's Doc. No. 17), dismissing with prejudice all claims in this action.  The court has reviewed the stipulation, and pursuant to Federal Rules of Civil Procedure 41(a) and 58,

**IT IS HEREBY ORDERED** that the above-numbered cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this *13th* day of April, 2015.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE